# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS J. GAONA,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01677-SKO (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Jesus J. Gaona, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 27, 2014. Plaintiff neglected to sign his complaint, however, and unsigned filings cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, it is HEREBY ORDERED that (1) Plaintiff's complaint is STRICKEN from the record for lack of signature, (2) the Clerk's Office shall send him a complaint form, and (3) he shall file a signed complaint within **thirty (30) days** from the date of service of this order. **The failure to comply with this order will result in dismissal of this case, without prejudice.**

IT IS SO ORDERED.

Dated: __October 28, 2014__         **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28